AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Colony Insurance Company,  )
*Plaintiff*                )
     v.                    )   Civil Action No.   2:11-CV-329-MBS
                           )
                           )
Daniel Mundy d/b/a Daniel's Services,  )
*Defendant*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: default judgment is entered for the plaintiff, Colony Insurance Company against the defendant, Daniel Mundy d/b/a Daniel's Services.  The court finds that Plaintiff has no duty to defend, indemnify, and no obligation under the Policy to pay any judgment or settlement that may be rendered or reached by or against Defendant in connection with the Hitt Lawsuit insofar as the Hitt Lawsuit involves Defendant's metal truss work and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Court Judge presiding.  The court having granted plaintiff's motion for default judgment.

Date:   December 5, 2011                                *CLERK OF COURT*

                                                                                                       s/Angie Snipes

                                                                                    *Signature of Clerk or Deputy Clerk*